## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| CATHERINE BLACKMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-cv-189 |
| | ) | |
| LIFE INSURANCE COMPANY OF | ) | |
| NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

The parties announce to the Court that all claims pending in this action have been compromised and settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this entire case be dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

ERIC BUCHANAN & ASSOCIATES, PLLC

By:     s/Jeremy L. Bordelon
Jeremy L. Bordelon (BRP No. 028181)
414 McCallie Avenue
Chattanooga, TN 37402
(423) 634-2506
*Counsel for Plaintiff*

1

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By:     s/Cameron S. Hill
Cameron S. Hill, (BPR No. 017408)
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN  37450-1800
(423) 756-2010
*Counsel for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2015, a copy of the foregoing *Stipulation of Dismissal* was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

Eric L. Buchanan, Esq.
R. Scott Wilson, Esq.
Jeremy L. Bordelon, Esq.
Eric Buchanan & Associates, PLLC
414 McCallie Avenue
Chattanooga, TN 37402

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By:     s/Cameron S. Hill